COMMONWEALTH of Pennsylvania, Respondent,

v.

James McCOY, Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

### *ORDER*

PER CURIAM.

AND NOW, this 16th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did not the trial court err by convicting appellant of discharging a firearm into an occupied building where the statute requires that a person fire "into" an occupied building to be guilty, but appellant fired a weapon while inside the building?

■

COMMONWEALTH of Pennsylvania, Respondent,

v.

Lucius SHAIRD, Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

### *ORDER*

PER CURIAM.

AND NOW, this 16th day of October, 2007, the Petition for Allowance of Appeal and Motion to Quash Commonwealth's Brief in Opposition are hereby **DENIED.**